IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01730-RPM

COLORADO REHABILITATION AND OCCUPATIONAL MEDICINE, L.L.C.,

        Plaintiff,

v.

SENECA A. STORM, M.D.,

        Defendant.

## ORDER OF DISMISSAL

        Pursuant to the Stipulation of Dismissal filed on November 11, 2005, it is

        ORDERED that this action is dismissed with prejudice, each party to bear its own costs and expenses.

        Dated: November 14, 2005

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge